IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN B. JONES,<br>    Plaintiff, | : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : | |
| DEKALB COUNTY, in the<br>Recorder's Court,<br>    Defendant. | : | CIVIL ACTION NO.<br>1:11-CV-4231-TWT-LTW |

## **ORDER FOR SERVICE OF REPORT AND RECOMMENDATION**

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72, is attached. The same shall be filed and a copy, together with a copy of this Order, shall be served upon counsel for the parties and upon any unrepresented parties.

Pursuant to 28 U.S.C. § 636(b)(1)(C), within fourteen (14) days of service of this Order, each party may file written objections, if any, to the Report and Recommendation. If objections are filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and

Recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Judge after expiration of the time period stated above.

**SO ORDERED** this 1 day of February, 2012.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN B. JONES, <br> Plaintiff, | : <br> : <br> : | PRISONER CIVIL RIGHTS <br> 42 U.S.C. § 1983 |
| v. | : <br> : | |
| DEKALB COUNTY, in the <br> Recorder's Court, <br> Defendant. | : <br> : <br> : | CIVIL ACTION NO. <br> 1:11-CV-4231-TWT-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff, pro se, is confined at the DeKalb County Jail in Decatur, Georgia. (Doc. 1.) On December 19, 2011, the Court issued an Order directing Plaintiff to submit, within thirty days, an amended complaint and either the $350 filing fee for this action or an application to proceed *in forma pauperis*. (Doc. 4.) That Order advised Plaintiff that failure to comply within the specified time period may result in dismissal of this action. (*Id.*) Plaintiff has not complied with the Court's Order or otherwise responded to it, and the deadline for doing so has passed.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a

lawful order of the Court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO RECOMMENDED** this ___1___ day of _February_, 2012.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE